IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **ARCHITECTURAL PRODUCTS INCORPORATED** | | **PLAINTIFF** |
| v. | Case No. 4:24-cv-00216 KGB | |
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** | | **DEFENDANT** |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 17). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

So ordered this 21st day of February, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge